
FILED
AUG 0 6 2020
Clerk, U.S District Court
District Of Montana
Great Falls

**JENNIFER CLARK**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TYLER JAMES SANDERS, <br><br> Defendant. | CR 20-38 -M- DWM <br><br> **INDICTMENT** <br><br> **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** <br> Title 21 U.S.C. § 841(a)(1) <br> (Count I) <br> (Penalty: Mandatory minimum five years to 40 years imprisonment, $5,000,000 fine, and at least four years supervised release) <br><br> **POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME** <br> Title 18 U.S.C. § 924(c)(1)(A)(i) <br> (Count II) <br> (Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years supervised release) |

1

|  | POSSESSION OF FIREARM AND AMMUNITION BY PROHIBITED PERSON<br>Title 18 U.S.C. §§ 922(g)(1)<br>(Count III)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>CRIMINAL FORFEITURE<br>Title 21 U.S.C. §§ 853(a)(1) and (2) and 881<br>Title 18 U.S.C. § 924(d)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

Beginning in December 2019, and continuing until approximately January 9, 2020, at Ronan, in Lake County, and within the Flathead Indian Reservation, in the State and District of Montana, and elsewhere, the defendant, TYLER JAMES SANDERS, knowingly and unlawfully possessed with the intent to distribute, 50 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

COUNT II

That on or about January 9, 2020, at Ronan, in Lake County, and within the Flathead Indian Reservation, in the State and District of Montana, the defendant,

TYLER JAMES SANDERS, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely possession with intent to distribute controlled substances, as alleged in Count I above, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT III

That on or about January 9, 2020, at Ronan, in Lake County, and within the Flathead Indian Reservation, in the State and District of Montana, the defendant, TYLER JAMES SANDERS, knowing he had been convicted under the laws of the State of Oregon of crimes punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, at least one firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count I of this indictment, the defendant, TYLER JAMES SANDERS, shall forfeit, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11): (1) any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the commission of said offense; (2) any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, said offense; and (3) any firearm used and intended to be used to facilitate the transportation, sale,

receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.

Upon conviction of either of the offenses set forth in Counts II and III of this indictment, the defendant, TYLER JAMES SANDERS, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved and used in a knowing violation of said offense.

Foreperson signature redacted. Original document filed under seal.

A TRUE BILL.

_/s/ (for)_
KURT G. ALME
United States Attorney

_/s/ (for)_
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓
Bail: _____

4