**JENNIFER S. CLARK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine, 2nd Floor**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**E-mail: Jennifer.Clark2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**TYLER JAMES SANDERS,**<br><br>Defendant. | **CR 20-28-M-DWM**<br><br>**UNITED STATES' DECLARATION REGARDING THE PRODUCTION OF E-DISCOVERY** |

The United States hereby states that all discoverable evidence has been provided or made available to the defense team.

1

The United States affirms that this material has been produced in its native format, along with any necessary converted version, and a detailed index has been provided describing the evidence contained in this disclosure.  The United States has ensured, and will continue to ensure, that defense counsel has been able to view all such evidence.

DATED this 22nd day of January, 2021.

>LEIF M. JOHNSON
>Acting United States Attorney
>
>
>*/s/ Jennifer S. Clark*
>Jennifer S. Clark
>Assistant U.S. Attorney